UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | Case No. 25-cv-03325-EKL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to Case Nos. 24-cv-03615 and 25-cv-01533.

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
EUMI K. LEE
United States District Judge